IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-MOBILE US, INC., *et al,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2478 |
| | § | |
| | § | |
| AIO WIRELESS LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOR HEARING**

Plaintiffs seek an expedited briefing and a hearing on their motion for a preliminary injunction. (Docket Entry No. 25). A hearing will be held on the request on **September 11, 2013, at 11:00 a.m.**, in Courtroom 11-B.

SIGNED on September 6, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge