IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-MOBILE US, INC., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2478 |
| | § | |
| AIO WIRELESS LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On January 22, 2014, the court issued its written ruling on the injunction application in this case. The Memorandum and Opinion was initially and temporarily filed under seal because it included material, such as quotations, from the parties' filed documents that were marked highly confidential. There is no need to treat most of the opinion as confidential. Before the February 3, 2014 status conference, both sides must file, in writing, a statement identifying any specific parts of the opinion that must remain confidential and showing good cause for doing so. The court will consider whether to redact those parts before the seal is lifted.

SIGNED on January 23, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge