IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-MOBILE US, INC., *et al,* | § § § § | |
| Plaintiffs, | | |
| v. | § § | CIVIL ACTION NO. H-13-2478 |
| AIO WIRELESS LLC, | § § § § | |
| Defendant. | | |

## ORDER

On April 4, 2014, Aio Wireless LLC advised the court of an emerging discovery dispute with T-Mobile. On April 7, 2014, T-Mobile filed a letter arguing against Aio's discovery requests. A discovery hearing is set for **April 29, 2014** at 10 a.m. in Courtroom 11-B to consider these issues. Out-of-town counsel may appear by phone.

SIGNED on April 17, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge