IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-MOBILE US, INC., a Delaware corporation, <br> T-MOBILE USA, INC., a Delaware corporation, and <br> DEUTSCHE TELEKOM AG, a German corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AIO WIRELESS LLC, a Delaware Limited Liability Company, <br><br> Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No. 4:13-cv-2478 <br><br> Judge: Hon. Lee Rosenthal |

## JOINT MOTION TO STAY

The parties jointly file this motion to stay all discovery and proceedings in this lawsuit until June 16, 2014. The parties have reached a confidential settlement agreement that is subject to conditions that are contemplated to be completed by June 16. Subject to compliance with the terms of the parties' settlement agreement, the parties anticipate jointly moving to dismiss this lawsuit without prejudice on June 16, 2014.

This motion is, therefore, filed for good cause, and the parties jointly request that the Court grant this motion and stay all deadlines, discovery and other proceedings in this case until June 16, 2014.

A proposed order granting this joint motion is filed herewith.

Dated this 28th day of April, 2014.

Respectfully Submitted,

s/Joseph M. Beauchamp
Joseph M. Beauchamp
(Texas Bar No. 24012266)
(S.D. Texas Bar No. 24263)
JONES DAY
717 Texas
Suite 3300
Houston, Texas 77002
(832) 239-3939 (phone)
(832) 239-3600 (fax)
jbeauchamp@jonesday.com

John G. Froemming *(pro hac vice)*
Tracy A. Stitt *(pro hac vice)*
Jessica D. Bradley *(pro hac vice)*
JONES DAY
51 Louisiana Avenue NW
Washington, DC  20001
(202) 879-3939 (phone)
(202) 626-1700 (fax)
jfroemming@jonesday.com
tastitt@jonesday.com
jbradley@jonesday.com

*Attorneys for Plaintiff
Deutsche Telekom AG*

s/Brendan J. O'Rourke
Brendan J. O'Rourke *(pro hac vice)*
Bradley I. Ruskin *(pro hac vice)*
Kevin J. Para *(pro hac vice)*
Victoria L. Loughery *(pro hac vice)*
Erika M. Stallings *(pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
(212) 969-3000 (phone)
(212) 969-2900 (fax)
borourke@proskauer.com
bruskin@proskauer.com
kperra@proskauer.com
vloughery@proskauer.com

estallings@proskauer.com

*Attorneys for Plaintiffs*
*T-Mobile US, Inc. and*
*T-Mobile USA, Inc.*


s/Mark Trachtenberg
Mark Trachtenberg
Haynes & Boone LLP
1221 McKinney Street
Suite 2100
Houston, Texas 77010
Mark.trachtenberg@haynesboone.com

William H. Brewster
Jennifer Fairbairn Deal
R. Charles Henn Jr.
Charles H. Hooker III
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, Georgia 30309
BBrewster@kilpatricktownsend.com
JDeal@kilpatricktownsend.com
CHenn@kilpatricktownsend.com
CHooker@kilpatricktownsend.com

*Attorneys for Defendant*
*Aio Wireless LLC*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.3.


s/Joseph M. Beauchamp